**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHRISTIAN ANTHONY LEGENDRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2579** |
| **JEFFERSON  PARISH  CORRECTIONAL CENTER JAIL, ET AL.** | **SECTION "J" (2)** |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff Christian Anthony Legendre's 42 U.S.C. § 1983 complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 31st day of March, 2026.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**